UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD MOTT | CIVIL ACTION |
| VERSUS | NO: 18-11753 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SECTION: T |

### ORDER OF DISMISSAL

The Court having been advised by letter dated July 25, 2019, by counsel for the plaintiff, Richard Mott, that all parties to this action have firmly agreed upon a compromise of all claims asserted in this case,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 31st day of July 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE