UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD MOTT** | * | **CIVIL ACTION NO. 18-11753** |
| | * | |
| **VERSUS** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion (ECF No. 27):

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 12th day of September, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**